UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTIAN BAEZ,

          Plaintiff,

-against-

CITY OF SCHENECTADY and City of Schenectady Police
Officers JOSEPH LIMA, JONATHAN E. MOORE,
GARY RELATION and CHRISTOPHER SEMIONE,
individually and/or as agents, servants, and/or employees of
the City of Schenectady,

          Defendants.

**ORDER TO SHOW CAUSE**
Civil Case No. 16-CV-00853 (GLS/DJS)

---

Upon reading and filing of the affidavit of William C. Firth, Esq., with exhibits "A" through "D" attached thereto, sworn to the ____ day of September 2017, and being counsel to the firm of Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C., attorneys for defendants City of Schenectady, Joseph Lima, Jonathan E. Moore, Gary Relation, and Christopher Semione, and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that nonparty witnesses Tanasia L. Young and Efrain J. Beniquez show cause before this Court on the ____ day of _____, 2017, before the Honorable Daniel J. Stewart, United States Magistrate Judge in and for the Northern District of New York, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, 12207, at ____ a.m./p.m., or as soon thereafter as the parties can be heard, why an order of this Court should not be executed and entered, pursuant to Rule 45(g) of the Federal Rules of Civil Procedure and N.D.N.Y. L.R. 83.5, holding nonparties Tanasia L. Young and Efrain J. Beniquez in contempt of court: (1) until they comply with

the subpoenas as outlined in the supporting affidavit of William C. Firth, Esq., with exhibits; and (2) until they reimburse defendants for the costs and fees incurred by reason of their contemptuous conduct, together with such other, further, and different relief as the Court deems just and proper, and

**IT IS FURTHER ORDERED**, that sufficient cause appearing therefore let service of a copy of this Order to Show Cause, together with all supporting papers upon which it is granted, be effected upon plaintiff electronically via ECF, and upon nonparties Tanasia L. Young and Efrain J. Beniquez personally in the manner provided by the Federal Rules of Civil Procedure for the service of a summons, and that this be deemed good and sufficient service.

Dated: _____

                                           Hon. Daniel J. Stewart
                                           United States Magistrate Judge
                                           United States District Court, NDNY